# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| **TERRY BLAND,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No.: <u>3:18cv00117-JMV</u> |
| **NANCY BERRYHILL** *Commissioner of the Social Security,* | ) |
| **Defendant.** | ) |

## AMENDED FINAL JUDGMENT

Consistent with the Opinion and Order [29] entered today, the April 25, 2019, judgment [18] is VACATED, and the Court finds there is no reversible error and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 3rd day of July, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE